**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL COBA, an individual,<br><br>         Plaintiff,<br><br>    v.<br><br>NEWPORT CORPORATION, a Nevada Corporation; KHIEN HOANG, an individual; and DOES 1 through 20, inclusive,<br><br>         Defendants. | Case No. 8:18-cv-01728-AG-DFM<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>State Compl. Filed:   May 24, 2018<br>Trial Date:      September 17, 2019 |

# <u>ORDER</u>

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its owns fees and costs.

**IT IS SO ORDERED:**

Date: August 16, 2019

_____
Hon. Andrew Guilford
United States District Judge

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

58268458v.1